United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 12-12208-elf
Josef Carlos Peebles                                                       Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia              Page 1 of 2              Date Rcvd: Mar 16, 2017
                              Form ID: 138NEW             Total Noticed: 53

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2017.

```
db            +Josef Carlos Peebles,    4543 Tampa Street,    Philadelphia, PA 19120-4613
cr             CitiMortgage, Inc.,    PO BOX 6030,    SIOUX FALLS, SD 57117-6030
12693736      +Acs Inc,    Attn: Bankruptcy,    Po Box 56317,    Philadelphia, PA 19130-6317
12693737      +Alexander Calix,    3938 J. Street,    Philadelphia, PA 19124-5408
12693776     ++C O AMERICAN INFOSOURCE LP,    4515 N SANTA FE AVE,    OKLAHOMA CITY OK 73118-7901
              (address filed with court: T-Mobile Bankruptcy Team,    PO Box 53410,    Bellevue, WA 98015)
12693744     ++CITIFINANCIAL,    BANKRUPTCY FORECLOSURE UNIT,    1000 TECHNOLOGY DRIVE,    OFALLON MO 63368-2239
              (address filed with court: Citifinancial,    300 Saint Paul Place,    Baltimore, MD 21202)
12693741      +Capital One, N.a.,    Capital One Bank (USA) N.A.,    Po Box 30285,
               Salt Lake City, UT 84130-0285
12693742      +Chrysler Credit/TD Auto Finance,    Attention: Bankruptcy,    Po Box 551080,
               Jacksonville, FL 32255-1080
12760828       CitiMortgage, Inc.,    P.O. Box 688971,    Des Moines, IA 50368-8971
12693743      +Citifinancial,    Citifinancial/Attn: Bankruptcy Dept,    Po Box 140069,    Irving, TX 75014-0069
12693745      +Citimortgage Inc,    Po Box 9438,    Gaithersburg, MD 20898-9438
12693748      +Commonweath of PA,    Dept. of Transportation,    Bureau of Driver Licensing,
               Harrisburg, PA 17123-0001
12693750      +Elizabeth Calix,    3938 J. Street,    Philadelphia, PA 19124-5408
12693752      +Eric J. Cox, Esq.,    14 E. Germantown Pike,    PO Box 220,    Plymouth Meeting, PA 19462-0220
12693754       Hayt, Hayt & Landau, LLC,    Meridian Center 1,    Two Inductrial Way West,    PO Box 500,
               Eatontown, NJ 07724-0500
12693755      +Hsbc Bank,    Attn: Bankruptcy,    Po Box 5213,    Carol Stream, IL 60197-5213
12693760       LHR,    35A Rust Lane,    Boerne, TX 78006-8202
12693758      +Law Offices of Mann Bracken, LLP,    Twp Irvington Centre,    702 King Farm Blvd.,
               Rockville, MD 20850-6536
13708678      +MidFirst Bank,    999 NW Grand Blvd., Suite 100,    Oklahoma City, OK 73118-6051
12696953      +Midland Credit Management, Inc.,    2365 Northside Drive, Suite 300,    San Diego, CA 92108-2709
12693765       NCC,    245 Main Street,    Dickson City, PA 18519-1641
12693767      +Northland Group Inc.,    PO Box 390846,    Minneapolis, MN 55439-0846
12693768       Pennsylvania Dept. of Transportation,    Office of Chief counsel,
               Third Floor, Riverfront Office Center,    Harrisburg, PA 17104-2516
12693770      +Philadelphia Gas Works,    800 W. Montgomery Avenue,    Philadelphia, PA 19122-2898
12693773      +Professional Recovery Services,    PO Box 1880,    Voorhees, NJ 08043-7880
12693777      +Tate & Kirlin Associates,    2810 Southampton Road,    Philadelphia, PA 19154-1207
12693778       Victoria Insurance Group,    PO Box 6838,    Cleveland, OH 44101-1838
12693779      +Wellsfargo,    7711 Plantation Ro,    Roanoke, VA 24019-3224
12693780      +Zale/cbsd,    Attn.: Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg            E-mail/Text: bankruptcy@phila.gov Mar 17 2017 02:15:35     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA 19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 17 2017 02:15:06
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA 17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 17 2017 02:15:31     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
12751510       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 17 2017 02:00:33
               American InfoSource LP as agent for,    InSolve Recovery, LLC,    PO Box 269093,
               Oklahoma City, OK 73126-9093
12693739       E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Mar 17 2017 02:15:15     Asset Acceptance LLC,
               PO Box 2036,    Warren, MI 48090-2036
12693738      +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Mar 17 2017 02:15:15     Asset Acceptance Llc,
               Attn: Bankruptcy,    Po Box 2036,    Warren, MI 48090-2036
12693740      +E-mail/Text: ebn@squaretwofinancial.com Mar 17 2017 02:15:30     Cach Llc/Square Two Financial,
               4340 South Monaco St. 2nd Floor,    Denver, CO 80237-3485
12693746      +E-mail/Text: equiles@philapark.org Mar 17 2017 02:15:53     City of Philadelphia,
               PO Box 41818,    Philadelphia, PA 19101-1818
12693747      +E-mail/Text: equiles@philapark.org Mar 17 2017 02:15:53
               City of Philadelphia Parking Violations,    PO Box 41819,    Philadelphia, PA 19101-1819
12693749      +E-mail/Text: bankruptcy_notifications@ccsusa.com Mar 17 2017 02:15:56
               Credit Collections Srv.,    Po Box 9134,    Needham, MA 02494-9134
12693751      +E-mail/Text: bknotice@erccollections.com Mar 17 2017 02:15:19     Enhanced Recovery Corp,
               Attention: Client Services,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
12693753       E-mail/Text: data_processing@fin-rec.com Mar 17 2017 02:14:58
               Financial Recovery Services, Inc.,    PO Box 385908,    Minneapolis, MN 55438-5908
12752828       E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 17 2017 02:15:26     Jefferson Capital Systems LLC,
               PO BOX 7999,    SAINT CLOUD MN 56302-9617
12693759      +E-mail/Text: equiles@philapark.org Mar 17 2017 02:15:53     LDC Collection Systems,
               PO Box 41819,    Philadelphia, PA 19101-1819
12693761      +E-mail/Text: ebn@ltdfin.com Mar 17 2017 02:14:58     LTD Financial Services, L.P.,
               7322 Southwest Freeway, Suite 1600,    Houston, TX 77074-2134
12882891      +E-mail/Text: cdicicco@myphillybankruptcylawyer.com Mar 17 2017 02:14:50
               Law Offices of Christian A. DiCicco,    2008 Chestnut Street,    Philadelphia, PA 19103-4535
```

```
District/off: 0313-2          User: Virginia              Page 2 of 2                   Date Rcvd: Mar 16, 2017
                              Form ID: 138NEW             Total Noticed: 53


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
12693762      +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 17 2017 02:00:25      Lvnv Funding Llc,
               Po Box 740281,   Houston, TX 77274-0281
12693763      +E-mail/Text: bankruptcydpt@mcmcg.com Mar 17 2017 02:15:17       MCM,   Dept.12421,    PO Box 603,
               Oaks, PA 19456-0603
12693764      +E-mail/Text: bankruptcydpt@mcmcg.com Mar 17 2017 02:15:17       Midland Credit Mgmt In,
               8875 Aero Dr,   San Diego, CA 92123-2255
12693766      +E-mail/Text: bankruptcydepartment@tsico.com Mar 17 2017 02:15:52       Nco Fin /99,
               Po Box 15636,   Wilmington, DE 19850-5636
12736162      +E-mail/Text: bncmail@w-legal.com Mar 17 2017 02:15:25       OAK HARBOR CAPITAL IV, LLC,
               C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
12693769      +E-mail/Text: nod.referrals@fedphe.com Mar 17 2017 02:14:50       Phelan, Hallinan and Schmieg,
               Attn: Marion J. Haynon, Esq.,    1617 JFK Boulevard, Suite 1400,    Philadelphia, PA 19103-1814
12693771      +E-mail/Text: equiles@philapark.org Mar 17 2017 02:15:53       Philadelphia Parking Authority,
               3101 Market Street,   Philadelphia, PA 19104-2806
12693775      +E-mail/Text: cop@santander.us Mar 17 2017 02:15:02       Sovereign Bank,
               One Sovereign Way R11 EPV 0223,    East Providence, RI 02915-2299
                                                                                               TOTAL: 24

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +Midland Credit Management, Inc.,    2365 Northside Drive, Suite 300,    San Diego, CA 92108-2709
12784572*    ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,   SAINT CLOUD MN 56302-7999
             (address filed with court:   Jefferson Capital Systems LLC,    PO BOX 7999,
               SAINT CLOUD MN 56302-9617)
12693756     ##+Hsbc Nv,   Attention: Bankruptcy,    Po Box 5213,   Carol Stream, IL 60197-5213
12693757     ##Joseph Mann & Creed,   20600 Chagrin Blvd.,   Suite 550,    Shaker Heights, OH 44122-5340
12693772     ##+Philadelphia Parking Authority,   Red Light Camera Program,    2467 Grant Avenue,
               Philadelphia, PA 19114-1004
12693774     ##RJM Acquisitions,   575 Underhill Blvd.,   Suite 224,    Syosset, NY 11791-3416
                                                                                   TOTALS: 0, * 2, ## 4

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 16, 2017 at the address(es) listed below:
          CHRISTIAN A. DICICCO    on behalf of Debtor Josef Carlos Peebles
           cdicicco@myphillybankruptcylawyer.com, christianadicicco@gmail.com
          JEROME B. BLANK    on behalf of Creditor   CitiMortgage, Inc. paeb@fedphe.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor   MidFirst Bank bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          PAUL WILLIAM CRESSMAN    on behalf of Creditor   CitiMortgage, Inc. paeb@fedphe.com
          THOMAS I. PULEO    on behalf of Creditor   MidFirst Bank tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 7
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Josef Carlos Peebles
    Debtor(s)

Bankruptcy No: 12−12208−elf
Chapter: 13

---

### NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 3/16/17

45 – 44
Form 138_new