United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Josef Carlos Peebles  
     Debtor

Case No. 12-12208-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Virginia     Page 1 of 1     Date Rcvd: Apr 21, 2017  
                      Form ID: 195     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2017.  
db       +Josef Carlos Peebles,   4543 Tampa Street,   Philadelphia, PA 19120-4613

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

     ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2017     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 21, 2017 at the address(es) listed below:  
     CHRISTIAN A. DICICCO   on behalf of Debtor Josef Carlos Peebles cdicicco@myphillybankruptcylawyer.com, christianadicicco@gmail.com  
     JEROME B. BLANK   on behalf of Creditor   CitiMortgage, Inc. paeb@fedphe.com  
     JOSHUA ISAAC GOLDMAN   on behalf of Creditor   MidFirst Bank bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
     PAUL WILLIAM CRESSMAN   on behalf of Creditor   CitiMortgage, Inc. paeb@fedphe.com  
     THOMAS I. PULEO   on behalf of Creditor   MidFirst Bank tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
     United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
     WILLIAM C. MILLER   ecfemails@ph13trustee.com, philaecf@gmail.com  
     TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:  : Chapter 13

Josef Carlos Peebles  : Case No. 12–12208–elf

      Debtor(s)

***ORDER***
_____

AND NOW, this day , April 21, 2017 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Eric L. Frank
Chief Judge , United States Bankruptcy Court

48
Form 195